UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEWART GITTENS, JR.,

                         Plaintiff,                   **AFFIDAVIT OF SERVICE**

   -against-

THE CITY OF NEW YORK;                       O7 CV 9871
KENNETH FISCHER, and JOHN DOES,

                         Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

       I, Patricia Choi, being duly sworn, depose and say: that I am over eighteen years of age and am employed by Michael L. Spiegel, Esq., with offices located at 111 Broadway, Suite 1305, New York, New York 10006.

       On November 13, 2007, I served a copy of the within Summons and Complaint on:

Michael A. Cardozo
Corporation Counsel
Law Department
The City of New York
100 Church St.
New York, NY

by delivering a true copy thereof personally to Tamekia Mendes-Gammon, Docketing Clerk, a person of suitable age and discretion authorized to accept service for the above person at the above location.

                                                                  _/s/ Patricia Choi_
                                                                  Patricia Choi

Sworn to before me this 17th
day of November 2007

_/s/ Michael L. Spiegel_
Notary Public

MICHAEL L. SPIEGEL
Notary Public, State of New York
No. 02SP5072155
Qualified in New York County
Commission Expires Jan. 27, 2011

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN    District of    NEW YORK

STEWART GITTENS, JR.

V.

THE CITY OF NEW YORK, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 9871**

**JUDGE SWEET**

TO: (Name and address of Defendant)

The City of New York
100 Church Street
New York, NY 10006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _Marios Quintero_ (signature)

NOV 0 7 2007

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
　　　　　　　　Date　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.