UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

STEWART GITTENS, JR.,                    Index No. : 07 CIV 9871
          Plaintiff,

      -against-
                                **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK, et al.,

          Defendants.
_____

State of New York  )
                      ) ss.:
County of New York  )

      Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (license number 1024905), and resides in the State of New Jersey:

      (1)    That on the 19th day of December 2007 6:45 p.m., deponent served a Summons and Complaint in the above-captioned matter upon defendant Kenneth Fischer at his place of employment, NYPD, 47th Precinct, 4111 Laconia Ave., Bronx, NY 10466. The documents were received by a Police Officer with black hair and glasses, approximately 25 years old, 5'6" tall, 165 pounds. A police officer by the name of Padilla witnessed the service.

      (2)    That on the 2nd day of January 2008, deponent mailed a true copy of the Summons and Complaint to defendant Kenneth Fischer to the same address where he was served. The envelope was marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the defendant. The

envelope was placed in a U.S. mailbox at the post office located at 6th Ave. and 23rd St., New York, NY.

_____
Luis R. Ayala
158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 2nd day of January 2008

_____
Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

STEWART GITTENS, JR.

V.

THE CITY OF NEW YORK, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 9871

JUDGE SWEET

TO: (Name and address of Defendant)

Kenneth Fischer
1278 Sedgewick Avenue
Bronx, New York 10452

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

NOV 0 7 2007

CLERK /s/ Marios Quintero    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                Signature of Server

                        _____
                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.