Fax:   Apr 9 2008 05:50pm P002/002

SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
STEWART GITTENS, JR.,   )
                       )
             Plaintiff, )
                       )
     -against-         )   07 Civ. 9871 (RWS)
                       )
THE CITY OF NEW YORK,  )
KENNETH FISCHER, and JOHN DOES, )
                       )
             Defendants. )
------------------------------------------------------X


RECEIVED
APR 10 2008
JUDGE SWEET CHAMBERS

**STIPULATION RE. FILING OF SECOND AMENDED COMPLAINT**

The parties hereby stipulate and agree that plaintiffs may file the attached Amended Complaint on or before ~~March~~ Apr. 18, 2008.

Dated: New York, New York
       ~~March 11,~~ 2008
       Apr 16

/s/ Michael L. Spiegel
Michael L. Spiegel, Esq.
111 Broadway, Suite 1305
New York, NY 10006
(212) 587-8558
*Attorney for Plaintiffs*

/s/ David Pollack
David Pollack, Esq.
Assistant Corporation Counsel
100 Church Street
New York, NY 10007
(212) 788-1894
*Attorney for Defendants*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/08

So ordered

/s/ Sweet
USDJ
4.10.08